**MORGAN, LEWIS & BOCKIUS LLP**
(Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, NJ 08540-6241
609.919.6600
René M. Johnson
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENISE ADAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>METROLOGIC INSTRUMENTS, INC.,<br>et al.,<br><br>　　　　　Defendants. | CIVIL ACTION NO.: 08-cv-00422-NLH-AMD<br><br>STIPULATION AND CONSENT ORDER |

THIS MATTER having been opened to the Court on the joint application of Stephen G. Console and Jennifer S. Grissom of Console Law Offices, LLC, attorneys for Plaintiff Denise Adams, Thomas J. Cole, Jr. and Michael J. Canavan of Pepper Hamilton, LLP, attorneys for Defendant C. Harry Knowles, and René M. Johnson of Morgan, Lewis & Bockius, LLP, attorneys for Defendant Metrologic Instruments, Inc., for entry of an Order permitting Defendant Metrologic Instruments, Inc. to file an Amended Answer, Separate Defenses and Counterclaim; it is represented to the Court that the parties agree to the following stipulations:

　　　　1.　　All parties have consented to Defendant Metrologic Instruments, Inc.'s filing of an Amended Answer, Separate Defenses and Counterclaim to Plaintiff's Complaint and Jury Demand within the time provided by the June 6, 2008 Pretrial Scheduling Order.

IT IS on this 13th day of August, 2008:

ORDERED that Defendant Metrologic Instruments, Inc. will file an Amended Answer, Separate Defenses and Counterclaim to Plaintiff's Complaint and Jury Demand. Once Defendant Metrologic Instruments, Inc. files its Amended Answer, Separate Defenses and Counterclaim, Plaintiff will file an Answer within the time provided for by the federal and local rules.

*within the time provided by the June 6, 2008 Scheduling Order. AMM*

_____
Honorable Ann Marie Donio, U.S.M.J.

We consent to the form and entry of the within Order:

Respectfully submitted,
**CONSOLE LAW OFFICES LLC**
*Attorneys for Plaintiff Denise Adams*

Dated: August 11, 2008

BY: _____
Stephen G. Console, Esquire
Jennifer Grissom, Esquire

**MORGAN, LEWIS & BOCKIUS LLP**
*Attorneys for Defendant Metrologic Instruments, Inc.*

Dated: August 12, 2008

BY: _____
René M. Johnson, Esquire

**PEPPER HAMILTON LLP**
A Pennsylvania LLP
*Attorneys for Defendant C. Harry Knowles*

Dated: August 11, 2008

BY: _____
Michael Canavan, Esquire

DB1/62017464.1